# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEBORAH ANN SOLLBERGER

NO. 2023 KW 0591

**August 3, 2023**

---

In Re:    Deborah Sollberger, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3572F2022.

---

BEFORE:    **WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

JEW
EW

**Holdridge, J.,** dissents in part and would grant the writ as to the charges of money laundering and theft of over $25,000. Until a civil court declares that the power of attorney is invalid or was fraudulently obtained, the defendant was authorized to act under the power of attorney.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT